UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-21001-WILLIAMS/MCALILEY

ELLIES VILLAGE, INC.,

    Plaintiff,
vs.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.
_____/

**REPORT AND RECOMMENDATION ON
MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

Defendant filed a Motion for Partial Judgment on the Pleadings, which the Honorable Kathleen M. Williams referred to me for a report and recommendation. (ECF Nos. 15, 16). Defendant asks the Court to limit the possible compensatory damages that Plaintiff may recover to $100,000.00, which is the limit of the insurance policy at issue in this action. (ECF No. 15, *generally*). Plaintiff did not file a response to the Motion. As a result, the Court issued an Order to Show Cause, (ECF No. 17), to which Plaintiff filed a response, (ECF No. 18). In its Show Cause Response, Plaintiff states that it is "unopposed to the relief sought by Defendant, specifically Defendant's request for limiting a potential judgment to the Policy limits of $100,00.00 for Contents/Business Personal Property Limit." (Id. at 1).

In light of Plaintiff's non-opposition, I **RESPECTFULLY RECOMMEND** that the Court **GRANT** Defendant's Motion for Partial Judgment on the Pleadings, (ECF No.

15), and limit the amount of potentially recoverable compensatory damages to $100,000.00, which is the maximum amount of Contents/Business Personal Property coverage available under the insurance policy at issue.

**No later than September 9, 2022**, the parties may file any written objections to this Report and Recommendation with the Honorable Kathleen M. Williams who is obligated to make a *de novo* review of only those factual findings and legal conclusions that are the subject of objections. Only those objected-to factual findings and legal conclusions may be reviewed on appeal. See *Thomas v. Arn*, 474 U.S. 140 (1985), *Henley v.* Johnson, 885 F.2d 790, 794 (11th Cir. 1989), 28 U.S.C. § 636(b)(1), 11th Cir. R. 3-1 (2016).

**RESPECTFULLY RECOMMENDED** in chambers in Miami, Florida this 6th day of September, 2022.

_____
CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Kathleen M. Williams
    Counsel of record